IN THE UNITED STATES DISTRICET COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN REGISTRY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHOWMARK MEDIA, LLC,<br><br>Defendant. | C. A. No. _____<br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT

Plaintiff American Registry, LLC (hereinafter Plaintiff or "American Registry") hereby brings this complaint for patent infringement against Showmark Media, LLC ("hereinafter Defendant or "Showmark Media") and alleges as follows:

## PARTIES

1. Plaintiff American Registry is a Delaware corporation with its principal place of business at 2915 South Congress Avenue, Delray Beach, Florida 33445.

2. On information and belief, Defendant Showmark Media is a Delaware corporation with a principal place of business at One Reservoir Corporate Centre, 4 Research Drive, Suite 402, Shelton, Connecticut 06484. On information and belief, Showmark Media conducts its business throughout the United States and in this judicial district, including by offering for sale and selling personalized, customized achievement recognition items through its website, www.showmark.com.

1

## JURISDICTION AND VENUE

3.  This Court has subject matter jurisdiction over the cause of this action pleaded herein under 28 U.S.C. §§ 1331 and 1338(a) because the action concerns a federal question arising under the patent laws of the United States, including 35 U.S.C. § 271.

4.  The Court has personal jurisdiction over Showmark Media because, among other reasons, Showmark Media is a corporation incorporated in the State of Delaware. Upon information and belief, this court also has personal jurisdiction over Showmark Media because it has committed and continues to commit acts of patent infringement in this judicial district, as set forth herein.

5.  Venue is proper pursuant to 28 U.S.C. §§ 1391 and 1400 because, among other reasons, Showmark Media is subject to personal jurisdiction and has committed acts of patent infringement in this judicial district.

## GENERAL ALLEGATIONS

6.  On June 10, 2008, U.S. Patent No. 7,386,800 B2 ("the '800 patent"), entitled "PERSONALIZED, CUSTOMIZED ACHIEVEMENT RECONGNITION ITEMS," was duly issued by the United States Patent and Trademark Office ("USPTO"). A copy of the '800 patent is attached as Exhibit A.

7.  American Registry, LLC. is the owner by assignment of all right, title, and interest in and to the '800 patent, and has the right to bring an action for infringement of the '800 patent.

## CLAIM FOR INFRINGEMENT OF THE '800 PATENT

8.  American Registry, LLC restates and re-alleges each of the allegations in each of the previous paragraphs 1-7 of this complaint and incorporates them herein.

9. Defendant Showmark Media has infringed and continues to infringe – directly, contributorily, and/or by active inducement – one or more claims of the '800 Patent, by making, importing, offering to sell, selling, causing to be supplied, using, and/or causing to be used systems, methods and/or software that embodies or practice the inventions claimed in the '800 Patent. Such systems, methods and/or software include those for personalizing and customizing achievement recognition items that Defendant makes available through its website: www.showmark.com.

10. Upon information and belief, Showmark Media directly infringes the '800 patent, literally and/or under the doctrine of equivalents, by operating its server(s) and/or database(s) for its corresponding website identified herein and producing achievement recognition items.

11. Upon information and belief, Showmark Media indirectly infringes the '800 patent by contributing to and/or actively inducing others to operate server(s) and/or database(s) for its corresponding website identified herein and/or to produce achievement recognition items.

12. On information and belief, Showmark Media was aware of the '800 patent at the time it engaged in its directly and indirectly infringing activities and, in any event, was aware of the '800 patent at least as early as the service date of this complaint. Moreover, on information and belief, Showmark Media sold and/or offered for sale achievement recognition items via its website, and continues to do so, to customers and others, specifically intending to actively encourage such customers and others to provide and/or use the website in a manner that Defendant knows to be infringing. On information and belief, those customers and others in fact provided and/or used Defendant's website in the United States in an infringing manner.

13. As a result of Showmark Media's unlawful infringement of the '800 patent, American Registry has suffered and will continue to suffer damage. American Registry is

entitled to recover from Showmark Media the damages adequate to compensate for such infringement, which have yet to be determined.

14. Defendant's acts of infringement of the '800 patent herein have been made, and/or are being made at the time of service of this complaint, with full knowledge of American Registry's rights in the patent. On information and belief, Defendant has acted and/or is continuing to act despite an objectively high likelihood that its actions constituted direct and/or indirect infringement of a valid patent, and, on information and belief, Defendant's knew or should have known of that objectively high risk. Defendant's acts herein constitute willful and deliberate infringement, entitling American Registry to enhanced damages under 35 U.S.C. § 284 and reasonable attorneys' fees and costs.

15. Defendant's acts of infringement have caused and will continue to cause irreparable harm to American Registry unless and until enjoined by this Court.

## **PRAYER FOR RELIEF**

WHEREFORE, American Registry prays that this Court enters judgment and provides relief as follows:

- A. That Defendant Showmark Media has infringed the '800 patent;
- B. That Defendant Showmark Media has willfully infringed the '800 patent;
- C. That Defendant Showmark Media, and its officers, agents, servants, employees, and those in active concert or participation with it directly or indirectly, be enjoined from infringing the '800 patent.
- D. That Defendant Showmark Media be ordered to account for and pay to American Registry the damages resulting from Showmark Media's infringement of the '800 patent, together with interest and costs, and all other damages permitted by 35

U.S.C. § 284, including enhanced damages up to three times the amount of damages found or measured;

E. That this action be adjudged an exceptional case and American Registry be awarded its attorneys' fees, expenses and costs in this action pursuant to 35 U.S.C. § 285; and

F. That American Registry be awarded such other equitable or legal relief as this Court deems just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

American Registry hereby respectfully demands a trial by jury on all issues so triable.

Dated: March 5, 2012

FISH & RICHARDSON P.C.

By: _____
Jeremy D. Anderson (#4515)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Tel: 302-652-5070
Fax: 302-652-0607
janderson@fr.com

Michael F. Autuoro
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, New York 10022
Tel: (212) 765-5070
Fax: (212) 258-2291
autuoro@fr.com

Attorneys for Plaintiff
*American Registry, LLC*

80118530.doc

5