**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERICAN REGISTRY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:12-cv-00262-SLR |
| | ) |
| SHOWMARK MEDIA, LLC, | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**SHOWMARK MEDIA, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Showmark Media, LLC states that it has no parent corporation and no publicly held corporation owns ten percent or more of Showmark Media, LLC's stock.

Dated: August 20, 2012

*/s/* Francis DiGiovanni
Francis DiGiovanni (#3189)
M. Curt Lambert (#4882)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
fdigiovanni@cblh.com
mlambert@cblh.com

*Attorneys for Defendant
Showmark Media, LLC*

4969563

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on August 20, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that I caused copies of the foregoing document to be served on August 20, 2012, upon the following via electronic mail:

| | |
|---|---|
| Jeremy D. Anderson<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1114<br>Wilmington, DE 19801<br>janderson@fr.com | Michael F. Autuoro<br>FISH & RICHARDSON P.C.<br>601 Lexington Avenue, 52nd Floor<br>New York, NY  10022<br>autuoro@fr.com |

*/s/* Francis DiGiovanni
Francis DiGiovanni (#3189)